IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE YARAS | * | |
|     Plaintiff, | * | |
| v. | * | Civil No. RDB-12-1785 |
| GARRETT COUNTY MEMORIAL HOSPITAL. | * | |
| | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM ORDER

Presently pending before this Court are two motions filed by the Defendant, specifically the Motion to Compel Responses to Requests for Production and Interrogatories (ECF#18) and the Motion to Shorten Time for Plaintiff to Respond (ECF#19). The Court conducted a telephone conference on this matter today and reviewed the status of this case as summarized by counsel for the Defendant in a letter to the Court (ECF#20). As it is agreed that Plaintiff provided *unexecuted* copies of discovery responses the evening of April 2, 2013, the only remaining issue in the Motion to Compel is the request for attorney's fees and costs. Plaintiff's counsel has not been able to provide any adequate explanation as to the failure of the Plaintiff to respond to timely requests.

Accordingly, pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure, the Motion to Compel (ECF#18) is GRANTED and the Plaintiff is required to pay costs in the amount of $1,040.00 to counsel for the Defendant, Ober Kahler.

It is FURTHER HEREBY ORDERED that *executed* copies of all discovery responses and said check in the amount of $1,040.00 be hand-delivered to counsel for the Defendant by 9:30 a.m. April 11, 2013, prior to the settlement conference to be conducted before Magistrate Judge Susan K. Gauvey.  The Motion to Shorten Time (ECF#19) is now MOOT.


Date:  April 4, 2013                                             /s/                                    
                                                        Richard D. Bennett  
                                                        United States District Judge